# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

## Senior Airman CHRISTOPHER A. EVANS
## United States Air Force

## ACM S32154

## 20 March 2014

Sentence adjudged 9 May 2013 by SPCM convened at Scott Air Force Base, Illinois. Military Judge: Natalie Richardson (sitting alone).

Approved Sentence: Bad conduct discharge, forfeiture of $700.00 pay per month for 2 months, and reduction to E-3.

Appellate Counsel for the Appellant: Captain Thomas A. Smith.

Appellate Counsel for the United States: Colonel Don M. Christensen and Gerald R. Bruce, Esquire.

Before

ROAN, HARNEY and MITCHELL
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court